IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


BROOKE E. RYAN                                                      PLAINTIFF

VERSUS                                          CIVIL ACTION NO: 1:04cv31WJG-JMR

ANN M. VENEMAN, Secretary,
United States Department of Agriculture                             DEFENDANT


O R D E R


This cause comes before the Court on the motion of the Defendant, Ann M. Veneman,

Secretary, United States Department of Agriculture, for summary judgment [24-1] pursuant to

Federal Rule of Civil Procedure 56(c).  Pursuant to the Memorandum Opinion entered in this cause,

this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that the Defendant's motion for summary judgment [24-1]

be, and is hereby, granted in part and denied in part.  It is further,

ORDERED AND ADJUDGED that the motion for summary judgment on Plaintiff's claims

of intentional infliction of emotional distress and negligent hiring be, and is hereby, granted.  It is

further,

ORDERED AND ADJUDGED that the motion for summary judgment on Plaintiff's claims

of sexually hostile work environment be, and is hereby, denied.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated

with this motion.

SO ORDERED AND ADJUDGED this the 13th day of February, 2006.


_____
*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE